**Electronically Filed
Supreme Court
SCAP-12-0000361
26-SEP-2013
02:22 PM**

SCAP-12-0000361

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL SIOPES and LACEY SIOPES,
Petitioners/Plaintiffs-Appellants,

vs.

KAISER FOUNDATION HEALTH PLAN, INC.; HAWAI'I PERMANENTE
MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS, INC.,
Respondents/Defendants-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP NO. 10-0000361; CIVIL NO. 11-1-2732-11)

ORDER OF CORRECTION

IT IS HEREBY ORDERED that my concurring opinion filed on September 26, 2013 is corrected as follows:

On the first page, the case caption is corrected by changing "CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS" to "APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 26, 2013.

/s/ Sabrina S. McKenna

